UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Phillip B. Proctor,<br>Mrs. Tina Proctor,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>United States of America,<br>　　　　　Defendant. | **JUDGMENT**<br><br>No. 5:11-CV-27-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the defendant's motion to dismiss and motion to seal.

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's motion to dismiss (DE # 10) and its motion to seal (DE # 13) are GRANTED. The Clerk of Court is DIRECTED to maintain Exhibits A and B (DE ## 11-1, 11-2) to defendant's memorandum in support of its motion to dismiss under seal. The Clerk is also DIRECTED to enter judgment in favor of defendant and close the case.

**This judgment filed and entered on August 17, 2011, and served on:**

Jeffrey S. Nowak (via CM/ECF Notice of Electronic Filing)
Harold E. Lucas (via CM/ECF Notice of Electronic Filing)
W. Ellis Boyle (via CM/ECF Notice of Electronic Filing)

August 17, 2011　　　　　　　　　　　　　　/s/ Dennis P. Iavarone,
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court